

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2010 Rosedale Street Northeast
Apartment #3
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 07-612-M-01

TO: Special Agent Frank Oliver and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Frank Oliver who has reason to believe that
on the premises known as (name, description and or location)
2010 ROSEDALE STREET, APARTMENT #3, NORTHEAST, WASHINGTON, D C  (This location is described as a two story red brick Apartment building with white framed windows & cream, colored trim located on the north side of Rosedale Street Northeast, between 20th & 21ST Streets in Northeast, Washington, D C. The front door to the building marked "2010" is white in color, with a glass window in the upper portion of the door. There is a silver colored doorknob & deadbolt located in the middle portion on the left side of the white door. Directly above the front door and affixed to the building are the numbers "2010," that are black in color. When facing the building marked "2010", the building attached and directly to the left of building "2010" in numbered "2008." When facing the building "2010", the building attached and directly to the right of building "2010" is numbered 2012. Apartment #3 is located within the building marked "2010." Apartment #3 is located on the left side of the second floor when facing the front of building "2010." The front door to apartment #3 is white in color, with a gold colored doorknob on the right side, in the middle portion of the door  Directly above the gold colored door knob is a gold colored deadbolt. In the upper middle portion of the door to apartment #3 is a gold colored door knocker & peephole  Within the door knocker is a black placard, displaying a gold colored number "3"  Apartment #3 is the first door on the right hand side after exiting the stairs to the second floor of building "2010."
in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___DEC 1 0 2007___
                                                              Date

the place named above for the property specified, serving this warrant and making the search in the daytime  (6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

___NOV 3 0 2007___ at 4:30 pm Washington, D.C.
Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

United States Magistrate Judge
Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11-30-2007 | DATE AND TIME WARRANT EXECUTED<br>12-06-07  1310 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Regina Hutchinson |
| INVENTORY MADE IN THE PRESENCE OF  Oliver, Green, Keness, Hurley | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Clear bottle with clear unknown liquid
- Drug paraphernalia
-

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Frank Oliver]*

FILED
DEC 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

*[signature]*  _12-11-07_
U.S Judge or Magistrate    Date